# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
information associated with Keenecrypto@gmail.com, Bitcoinbombshell727@gmail.com Shirebtc+lbc@gmail.com, Shirecryptocoin@gmail.com Shirebtc@gmail.com, Shirebtc-itbit@gmail.com, Ian+gemini@freetalklive.com, and ian@freetalklive.com that is stored at premises controlled by Google, Inc. )

Case No. 19-mj-252-AJ

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

information associated with Keenecrypto@gmail.com, Bitcoinbombshell727@gmail.com, Shirebtc+lbc@gmail.com, Shirecryptocoin@gmail.com, Shirebtc@gmail.com, Shirebtc-itbit@gmail.com, ian+gemini@freetalklive.com, and ian@freetalklive.com that is stored at premises controlled by Google, Inc. a detailed description of which is contained in Attachment A-1 herein.

located in the __Northern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:

Property that constitutes evidence, fruits, and/or other instrumentalities of violations of 21 USC 841(a)(1), 846, enumerated in Attachment B-1, attached hereto and incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1), 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substance |

The application is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Kathryn Thibault
*Applicant's signature*

SA Kathryn Thibault, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/27/2019

*Andrea K. Johnstone*
*Judge's signature*

City and state: Concord, New Hampshire

Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*