UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH KEENECRYPTO@GMAIL.COM, BITCOINBOMBSHELL727@GMAIL.COM SHIREBTC+LBC@GMAIL.COM, SHIRECRYPTOCOIN@GMAIL.COM SHIREBTC@GMAIL.COM, SHIREBTC-ITBIT@GMAIL.COM, IAN+GEMINI@FREETALKLIVE.COM, AND IAN@FREETALKLIVE.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | Case No. 19-mj-252-AJ<br><br>Filed Under Seal – Level I |

MOTION TO EXTEND SEAL AT LEVEL I: ENTIRE MATTER
RELATED TO APPLICATION FOR SEARCH WARRANT

In the above captioned case, the United States of America respectfully moves to extend the seal at Level I, the entire matter related to the Application for a Search Warrant, including the application, the supporting affidavit, any search warrant that may issue, the resulting return, this motion, and the corresponding docket text entries for 180 days, expiring on May 23, 2021, except that the government may later disclose these materials to comply with its discovery obligations under the local rules.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should extend the seal of these documents because they contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation. Specifically, the application contains information identifying targets of the investigation. Investigators believe that those targets are unaware that they are considered suspects or are

Motion To Extend Seal of Entire Matter Related to Search Warrant
Page 2 of 2

unaware of the incriminating evidence investigators have gathered against them. Should information identifying those targets and the evidence against them be released, it may cause them to flee, destroy evidence, or change their patterns of behavior.

    This motion is not intended to preclude the executing officer from serving a copy of the application and a receipt for any property seized as required by Federal Rule of Criminal Procedure 41(f)(1)(C).

                                          Respectfully submitted,

                                          SCOTT W. MURRAY
                                          United States Attorney

Dated: November 24, 2020        By: /s/ Georgiana L. MacDonald
                                              Georgiana L. MacDonald
                                              Assistant United States Attorney

Motion:      ☐ Granted      ☐ Denied

_____
Andrea K. Johnstone
United States Magistrate Judge
United States District Court
District of New Hampshire
Date: _____